# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1301.  PAUL ALAN ROBERTS v. THE STATE.**

Paul Alan Roberts was convicted of burglary, and we affirmed the conviction on appeal. *Roberts v. State*, 309 Ga. App. 681 (710 SE2d 878) (2011). He later filed a "Motion to Allow Filing of Out-of-Time Appeal" and an "Extraordinary Motion for New Trial to Sentence Only." The trial court denied the motions, and Roberts appeals.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Roberts has already had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."); *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Thus, we are without jurisdiction to consider Roberts's appeal from the denial of his "Motion to Allow Filing of Out-of-Time Appeal."

With regard to Roberts's "Extraordinary Motion for New Trial to Sentence Only," we note that "substance, rather than nomenclature, governs pleadings." *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (punctuation omitted). In the motion, Roberts argued that his trial counsel failed to inform him of the possible sentences he faced as a recidivist, and that if he had been properly informed, he would have pleaded guilty to a lesser included offense. In substance, Roberts is not seeking a new sentencing hearing, but is instead challenging the validity of his burglary conviction. However, "a petition to vacate or modify a

judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); see also *Wright v. State*, 277 Ga. 810, 811 (596 SE2d 587) (2004). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,    02/14/2019*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


        , *Clerk.*